UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23-CR-644 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING REPORT AND** |
| ANDRE CORNELL DIGGS, | ) | **RECOMMENDATION OF** |
| | ) | **MAGISTRATE JUDGE** |
| Defendant. | ) | |
| | ) | |

This case is before the Court on a Report and Recommendation ("R&R") filed by United States Magistrate Judge Reuben J. Sheperd recommending that the Court accept Defendant's admissions and find that Defendant has violated the terms of his supervised release. (ECF No. 14). This matter was previously referred to the Magistrate Judge to hold a supervised release violation hearing and file the mentioned R&R. (ECF No. 8).

On May 7, 2025, the U.S. Pretrial Services and Probation officer filed a violation report and summons request identifying one alleged new law violation of Defendant's supervised release. (ECF No. 6). On May 21, 2025, Magistrate Judge Sheperd held an initial appearance/revocation hearing in which Defendant admitted to violation 1 detailed in the violation report. (Order [non-document] dated 5/21/2025). On the same date, Magistrate Judge Sheperd issued the R&R recommending that the Court accept Defendant's admissions and find that he violated the terms of his supervised release. (ECF No. 14).

Any objections to the R&R were due by June 4, 2025. (*Id*.). Neither party submitted any objections.

On review of the record, the Court **ADOPTS** the R&R. The Court further finds, based on

the record, that Defendant knowingly, voluntarily, and intelligently admitted to the mentioned violation, and did, in fact, violate the terms of his supervised release.

Therefore, revocation hearing will be held on July 22, 2025 at 1:00 p.m. in Courtroom 17A.

**IT IS SO ORDERED.**

Date:  June 9, 2025

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**